Day R. Williams
Attorney at Law
Nevada Bar No. 4418
1601 Fairview Dr. #C
Carson City, NV  89701-5860
day_williams@sbcglobal.net
Phone: 775/885-8398
Fax: 775/885-2134
Attorney for Plaintiff
Debra Britton

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

DEBRA BRITTON,
     Plaintiff,

v.

NMB PROPERTIES LLC,
     Defendant.

_____/

Case No.
**COMPLAINT**
**(JURY TRIAL DEMANDED)**

Plaintiff Debra Britton, through counsel, Day R. Williams, Attorney at Law, complains and alleges as follows:

1.     Plaintiff Debra Britton sues under the Fair Labor Standards Act (FLSA), 29 U.S. Code Chapter 8, for back pay as a motel manager for NMB Properties LLC. The back pay is for the difference between the minimum wage and what Defendant paid her for regular hours, as well as her entitlement to overtime pay at a time-and-a-half rate. Plaintiff also sues for Retaliation under FLSA, Wrongful Termination, Violation of State Law (NRS 608.260), and Unjust Enrichment.

2.     Plaintiff resides in Reno, Nevada.

3.     Defendant NMB Properties LLC is a Nevada limited liability company that conducts business in northern Nevada. The principal of Defendant NMB Properties LLC is Nav (or Navprit) Bajwa. The resident agent for NMB Properties LLC is AGP Corporate Services, Inc. 611 Sierra Rose Drive Suite A, Reno NV 89511.

4.     The wrongful acts took place in northern Nevada. Defendant NMB Properties

DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DR. #C
CARSON CITY, NV
89701-5860
775\885-8398

1

1    committed torts and violated state and federal law. Defendant NMB Properties LLC has been

2    guilty of oppression, fraud or malice, express or implied with respect to Plaintiff.

3         5.     This Court has original jurisdiction under 28 U.S.C. § 1331, which provides as

4    follows: "The district courts shall have original jurisdiction of all civil actions arising under the

5    Constitution, laws, or treaties of the United States." The Court has supplemental jurisdiction

6    over the related state law claims under 28 U.S. Code § 1367(a).

7         6.     Venue is proper under 28 U.S.C. § 1391 in that the parties reside or do business

8    in the Northern District of Nevada, and the action arises in the Northern District of Nevada.

9         7.     Plaintiff demands a trial by jury on all issues so triable.

10

11    **FLSA VIOLATION**

12         8.     Plaintiff incorporates and realleges the preceding allegations of this complaint.

13         9.     Plaintiff worked as a motel manager for Defendant NMB Properties LLC from

14    July 22, 2014 to November 14, 2015 at the Easy Inn in Reno, Nevada.

15         10.     Defendant NMB Properties LLC operates the Easy Inn, 1661 East Sixth Street,

16    Reno NV 89512. Defendant NMB Properties LLC also operates the Pony Express Lodge

17    (Home Office), 777 Motel, Sutro Motel, City Center Motel, Rancho Sierra Motel, Townsite

18    Motel, Truckee River Lodge, Old Forty West Motel, Tombstone Territory Motel, Silver Dollar

19    Motel, Co-Ed Motel, Capri Motel, Aloha Inn, Douglas Arms Apartments, and several houses.

20    Defendant NMB Properties LLC grosses more than $500,000.00 per year.

21         11.     The parties had no written contract. The employer did not provide a health plan

22    to the employees. One condition of Plaintiff's employment was that she live on-site at the Easy

23    Inn, 1661 East Sixth Street, Reno, Nevada 89512.

24         12.     She worked on average 50-60 hours per week. She was paid less than $455.00

25    per week and less than $23,600.00 per year. She did not regularly supervise two or more other

26    employees. Management was not the primary duty of her job. She did not have genuine input

27    into the job status of other employees (such as hiring, firing, promotions, or assignment).

28

DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DR. #C
CARSON CITY, NV
89701-5860
775\885-8398

13.     At the beginning of Plaintiff's employment, Defendant NMB Properties LLC paid Plaintiff $200.00 (two hundred dollars) per week in cash. See charts attached as Exhibits 1 and 2.

14.     Nevada's minimum wage is $8.25 per hour. Nevada's minimum overtime wage is $12.38 per hour.

15.     Before the period for which Plaintiff sues, NMB Properties LLC knew that it should pay Plaintiff the minimum wage of $8.25 per hour and should pay overtime of $12.38 to a motel manager.

16.      The FLSA requires employers to pay overtime wages equal to one and one-half times the employee's regular rate for work performed in excess of 40 hours per week. 29 U.S.C. § 207(a). Defendant NMB Properties LLC willfully violated the FLSA by paying Plaintiff less than the minimum wage and by paying Plaintiff no overtime wages.

17.     Plaintiff was not properly compensated for her work. She is currently not being properly compensated for her work.

18.     Plaintiff has suffered damages under 29 U.S.C. 216(b) and should be compensated for 70 weeks of back pay for unpaid minimum wages and overtime compensation, plus an additional equal amount in liquidated damages (double damages), plus fees, costs, and pre-judgment interest.

## RETALIATION UNDER FLSA

19.     Plaintiff incorporates and realleges the preceding allegations of this complaint.

20.     On or about July 2015 Plaintiff complained to the United States Department of Labor, Wage and Hour Division, that her employer was not compensating her fairly. On Monday, November 2, 2015 Nav Bajwa (aka Navprit Bajwa), the principal of NMB Properties LLC, called and asked her, "Did you file a complaint with the Wage and Hour Division?" She confirmed that she had talked to the Wage and Hour Division. He said that the Wage and Hour Division had called him. He asked her to withdraw her complaint and offered to help her move

DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DR. #C
CARSON CITY, NV
89701-5860
775\885-8398

3

elsewhere. He said, "I'll tell you right now, if that's the way you want to play it, you're going to be sorry." He told her, "It will get ugly."

21.     On Saturday, November 14, 2015 two general managers of Defendant NMB Properties LLC, Monique Birch and Anna Davis, terminated Plaintiff's employment on the pretext that rent money was missing. (Defendant's normal procedure with respect to allegedly missing rent money was to investigate the matter, not to fire the manager.) Within 30 minutes after Plaintiff's termination, the money turned up at the bottom of a drawer, where it had been all along. Defendant knew this but did not reinstate Plaintiff.

22.     The Fair Labor Standards Act anti-retaliation provision provides that it is unlawful: "[T]o discharge or in any other manner discriminate against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to this chapter, or has testified or is about to testify in any such proceeding, or has served or is about to serve on an industry committee." 29 U.S.C. S 215(a)(3).

23.     Defendant NMB Properties LLC violated the anti-retaliation provision, which proximately caused Plaintiff to suffer damages.

## WRONGFUL TERMINATION

24.     Plaintiff incorporates and realleges the preceding allegations of this complaint.

25.     On or about July 2015 Plaintiff complained to the United States Department of Labor, Wage and Hour Division, that her employer was not compensating her fairly. On Monday, November 2, 2015 Nav Bajwa, the principal of NMB Properties LLC, called and asked her, "Did you file a complaint with the Wage and Hour Division?" He said that the Wage and Hour Division had called him. He asked her to withdraw her complaint. He offered to help her move elsewhere. He said, "I'll tell you right now, that's the way you want to play it, you're going to be sorry."

26.     On Saturday, November 14, 2015 two general managers of Defendant NMB Properties LLC terminated Plaintiff's employment on the pretext that rent money was missing.

DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DR. #C
CARSON CITY, NV
89701-5860
775\885-8398

4

1  (Defendant's normal procedure with respect to allegedly missing rent money was to investigate

2  the matter, not to fire the manager.) Within 30 minutes after her termination, the money turned

3  up at the bottom of a drawer, where it had been all along. Defendant knew that the money had

4  turned up, but did not reinstate Plaintiff to her position as a manager.

5       27.     The real reason that Defendant terminated Plaintiff was to retaliate against her

6  for filing a complaint with the United States Department of Labor, Wage and Hour Division.

7  Defendant's termination violated Nevada's public policy.

8       28.     Defendant's termination proximately caused damages to Plaintiff.

9

10                **VIOLATION OF STATE LAW (NRS 608.260)**

11      29.     Plaintiff incorporates and realleges the preceding allegations of this complaint.

12      30.     NRS 608.260, "Action by employee to recover difference between minimum

13  wage and amount paid; limitation of action," provides as follows:

14           If any employer pays any employee a lesser amount than the minimum
             wage prescribed by regulation of the Labor Commissioner pursuant to the
15           provisions of NRS 608.250, the employee may, at any time within 2 years, bring
             a civil action to recover the difference between the amount paid to the employee
16           and the amount of the minimum wage. A contract between the employer and the
             employee or any acceptance of a lesser wage by the employee is not a bar to the
17           action.

18      31.     Defendant employer, NMB Properties LLC, paid Plaintiff a lesser amount than

19  the minimum wage prescribed by regulation of the Labor Commissioner pursuant to the

20  provisions of NRS 608.250.

21      32.     Defendant violated NRS 608.250. As a proximate cause thereof, Plaintiff has

22  been damaged. She sues to recover the difference between the amount paid to Plaintiff and the

23  amount of the minimum wage.

24                         **UNJUST ENRICHMENT**

25      33.     Plaintiff incorporates and realleges the preceding allegations of this complaint.

26      34.     Unjust enrichment occurs whenever a person has and retains a benefit which in

27  equity and good conscience belongs to another.

28

DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DR. #C
CARSON CITY, NV
89701-5860
775\885-8398

5

35.     Defendant NMB Properties LLC has retained a benefit, namely, money that belongs to Plaintiff under the requirements of the FLSA, which in equity and good conscience belongs to Plaintiff. Plaintiff should receive all benefit to which the law entitles her.

## PRAYER FOR RELIEF

Wherefore, Plaintiff Debra Britton requests the following relief: Full compensation in terms of back pay at the rate for minimum wage in the State of Nevada plus overtime compensation, plus an additional equal amount in liquidated damages (double damages), plus attorneys' fees, costs, pre-judgment interest, punitive damages, and such other relief as is proper.

DATED this 19th day of November, 2015.

DAY R. WILLIAMS
Attorney at Law
Attorney for Plaintiff
Debra Britton

DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DR. #C
CARSON CITY, NV
89701-5860
775\885-8398

6

**VERIFICATION OF DEBRA BRITTON**

STATE OF NEVADA )
:ss
CARSON CITY )

    I, Debra Britton, declare under penalty of perjury that:

    I am the Plaintiff herein. The facts stated in the pleading are true and accurate. As to

those facts stated on information and belief, I believe them to be true.

_____
Debra Britton

Subscribed and sworn to before me

this 18 day of November, 2015

by Debra Britton.

_____
NOTARY PUBLIC

ROBIN A. WILLIAMS
NOTARY PUBLIC
STATE OF NEVADA
APPT No. 94-3167-3
MY APPT EXPIRES FEB 19, 2018

DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DR. #C
CARSON CITY, NV
89701-5860
775\885-8398

**Index of Exhibits**

1.      Hours Worked 2014.

2.      Hours Worked 2015.

DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DR. #C
CARSON CITY, NV
89701-5860
775\885-8398

# EXHIBIT 1

# EXHIBIT 1

# Hours Worked 2014

|  |  |  | July |  |  |  | Hrs Worked | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | Hrs Worked | Amount Paid |
|  |  | 1 | 2 | 3 | 4 | 5 |  |  |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |  |  |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |  |  |
| 20 | 21 | 22 10.5 | 23 10.5 | 24 10.5 | 25 10.5 | 26 10.5 | 52.5 |  |
| 27 8.0 | 28 10.5 | 29 10.5 | 30 10.5 | 31 10.5 |  |  | 50 |  |

|  |  |  | August |  |  |  | Hrs Worked | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tue | Wed | Thur | Fri | Sat | Hrs Worked | Amount Paid |
|  |  |  |  |  | 1 10.5 | 2 10.5 | 21 |  |
| 3 8.0 | 4 10.5 | 5 10.5 | 6 10.5 | 7 10.5 | 8 10.5 | 9 10.5 | 71 | $200 |
| 10 8.0 | 11 10.5 | 12 10.5 | 13 10.5 | 14 10.5 | 15 10.5 | 16 10.5 | 71 | $200 |
| 17 8.0 | 18 10.5 | 19 10.5 | 20 10.5 | 21 10.5 | 22 10.5 | 23 10.5 | 71 | $200 |
| 24 8.0 | 25 10.5 | 26 10.5 | 27 10.5 | 28 10.5 | 29 10.5 | 30 10.5 | 71 | $200 |
| 31 8.0 |  |  |  |  |  |  | 8.0 |  |

|  |  |  | September |  |  |  | Hrs Worked | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | Hrs Worked | Amount Paid |
|  | 1 | 2 | 3 | 4 | 5 | 6 |  |  |

| | | | | | | | Hrs Worked | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| | 10.5 | 10.5 | 10.5 | 10.5 | 10.5 | 10.5 | 63 | $200 |
| 7 4.0 | 8 10.5 | 9 10.5 | 10 10.5 | 11 10.5 | 12 10.5 | 13 10.5 | 67 | $200 |
| 14 4.0 | 15 10.5 | 16 10.5 | 17 10.5 | 18 10.5 | 19 10.5 | 20 10.5 | 67 | $200 |
| 21 4.0 | 22 10.5 | 23 10.5 | 24 10.5 | 25 10.5 | 26 10.5 | 27 10.5 | 67 | $200 |
| 28 4.0 | 29 10.5 | 30 10.5 | | | | | 25 | $200 |

| | | | October | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | Hrs Worked | Amount Paid |
| | | | 1 10.5 | 2 10.5 | 3 10.5 | 4 10.5 | 42 | $200 |
| 5 4.0 | 6 10.5 | 7 10.5 | 8 10.5 | 9 10.5 | 10 10.5 | 11 10.5 | 67 | $200 |
| 12 4.0 | 13 10.5 | 14 10.5 | 15 10.5 | 16 10.5 | 17 10.5 | 18 10.5 | 67 | $200 |
| 19 4.0 | 20 10.5 | 21 10.5 | 22 10.5 | 23 10.5 | 24 10.5 | 25 10.5 | 67 | $200 |
| 26 4.0 | 27 10.5 | 28 10.5 | 29 10.5 | 30 10.5 | 31 10.5 | | 56.5 | $200 |

| | | | November | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | Hrs Worked | Amount Paid |
| | | | | | | 1 | | |
| 2 4.0 | 3 10.5 | 4 10.5 | 5 10.5 | 6 10.5 | 7 10.5 | 8 10.5 | 67 | $200 |
| 9 4.0 | 10 10.5 | 11 10.5 | 12 10.5 | 13 10.5 | 14 10.5 | 15 10.5 | 67 | $200 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4.0 | 10.5 | 10.5 | 10.5 | 10.5 | 10.5 | 10.5 | | $200 |
| 23<br>4.0 | 24<br>10.5 | 25<br>10.5 | 26<br>10.5 | 27 T-day<br>8.0 | 28<br>10.5 | 29<br>10.5 | 64.5 | $200 |
| 30<br>4.0 | | | | | | | 4.0 | |

| | | | | December | | | | |
|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | Hrs Worked | Amount Paid |
| | 1<br>10.5 | 2<br>10.5 | 3<br>10.5 | 4<br>10.5 | 5<br>10.5 | 6<br>10.5 | 63 | $200 |
| 7<br>4.0 | 8<br>10.5 | 9<br>10.5 | 10<br>10.5 | 11<br>10.5 | 12<br>10.5 | 13<br>10.5 | 67 | $200 |
| 14<br>4.0 | 15<br>10.5 | 16<br>10.5 | 17<br>10.5 | 18<br>10.5 | 19<br>10.5 | 20<br>10.5 | 67 | $200 |
| 21<br>4.0 | 22<br>10.5 | 23<br>10.5 | 24<br>10.5 | 25 Xmas<br>6.0 | 26<br>10.5 | 27<br>10.5 | 62.5 | $200 |
| 28<br>4.0 | 29<br>10.5 | 30<br>10.5 | 31<br>10.5 | | | | 35.5 | |

# EXHIBIT 2

# EXHIBIT 2

# Hours Worked 2015

| | | | January | | | | Hrs Worked | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | | |
| 28 4.0 | 29 10.5 | 30 10.5 | 31 10.5 | 1 10.5 | 2 10.5 | 3 10.5 | 67 | $250 |
| 4 4.0 | 5 10.5 | 6 10.5 | 7 10.5 | 8 10.5 | 9 10.5 | 10 10.5 | 67 | $250 |
| 11 4.0 | 12 10.5 | 13 10.5 | 14 10.5 | 15 10.5 | 16 10.5 | 17 10.5 | 67 | $250 |
| 18 4.0 | 19 10.5 | 20 10.5 | 21 10.5 | 22 10.5 | 23 10.5 | 24 10.5 | 67 | $250 |
| 25 4.0 | 26 10.5 | 27 10.5 | 28 10.5 | 29 10.5 | 30 10.5 | 31 10.5 | 67 | $250 |

| | | | February | | | | Hrs Worked | Amount |
|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | | |
| 1 4.0 | 2 10.5 | 3 10.5 | 4 10.5 | 5 10.5 | 6 10.5 | 7 10.5 | 67 | $250 |
| 8 4.0 | 9 10.5 | 10 10.5 | 11 10.5 | 12 10.5 | 13 10.5 | 14 10.5 | 67 | $250 |
| 15 4.0 | 16 10.5 | 17 10.5 | 18 10.5 | 19 10.5 | 20 10.5 | 21 10.5 | 67 | $250 |
| 22 4.0 | 23 10.5 | 24 10.5 | 25 10.5 | 26 10.5 | 27 10.5 | 28 10.5 | 67 | $250 |

| Sun | Mon | Tues | March Wed | Thurs | Fri | Sat | Hrs Worked | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 8.0 | 3 8.0 | 4 8.0 | 5 8.0 | 6 8.0 | 7 10.0 | 50 | $250 |
| 8 | 9 8.0 | 10 8.0 | 11 8.0 | 12 8.0 | 13 8.0 | 14 10.0 | 50 | $250 |
| 15 | 16 8.0 | 17 8.0 | 18 8.0 | 19 8.0 | 20 8.0 | 21 10.0 | 50 | $250 |
| 22 | 23 8.0 | 24 8.0 | 25 8.0 | 26 8.0 | 27 8.0 | 28 10.0 | 50 | $250 |
| 29 | 30 8.0 | 31 8.0 | | | | | | |

| Sun | Mon | Tues | April Wed | Thurs | Fri | Sat | Hrs Worked | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | 1 8.0 | 2 8.0 | 3 8.0 | 41 10.0 | 50 | $250 |
| 5 | 6 8.0 | 7 8.0 | 8 8.0 | 9 8.0 | 10 8.0 | 11 10.0 | 50 | $250 |
| 12 | 13 8.0 | 14 8.0 | 15 8.0 | 16 8.0 | 17 8.0 | 18 10.0 | 50 | $250 |
| 19 | 20 8.0 | 21 8.0 | 22 8.0 | 23 8.0 | 24 8.0 | 25 10.0 | 50 | $250 |
| 26 | 27 8.0 | 28 8.0 | 29 8.0 | 30 8.0 | | | 32 | |

| | | | May | | | | Hrs Worked | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | | |
| | | | | | 1 8.0 | 2 10.0 | 18 | $250 |
| 3 | 4 8.0 | 5 8.0 | 6 8.0 | 7 8.0 | 8 8.0 | 9 10.0 | 50 | $250 |
| 10 | 11 8.0 | 12 8.0 | 13 8.0 | 14 8.0 | 15 8.0 | 16 10.0 | 50 | $250 |
| 17 | 18 8.0 | 19 8.0 | 20 8.0 | 21 8.0 | 22 8.0 | 23 10.0 | 50 | $250 |
| 24 | 25 8.0 | 26 8.0 | 27 8.0 | 28 8.0 | 29 8.0 | 30 10.0 | 50 | $250 |
| 31 | | | | | | | | |

| | | | June | | | | Hrs Worked | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | | |
| | 1 8.0 | 2 8.0 | 3 8.0 | 4 8.0 | 5 8.0 | 6 10.0 | 50 | $250 |
| 4 | 8 8.0 | 9 8.0 | 10 8.0 | 11 8.0 | 12 8.0 | 13 10.0 | 50 | $250 |
| 14 | 15 8.0 | 16 8.0 | 17 8.0 | 18 8.0 | 19 8.0 | 20 10.0 | 50 | $250 |
| 21 | 22 8.0 | 23 8.0 | 24 8.0 | 25 8.0 | 26 8.0 | 27 10.0 | 50 | $250 |
| 28 | 29 8.0 | 30 8.0 | | | | | 16 | |
| | | | | | | | | |

| | | | July | | | | Hrs Worked | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | | |
| | | | 1 8.0 | 2 8.0 | 3 8.0 | 4 10.0 | 34 | $250 |
| 5 | 6 8.0 | 7 8.0 | 8 8.0 | 9 8.0 | 10 8.0 | 11 10.0 | 50 | $250 |
| 12 | 13 8.0 | 14 8.0 | 15 8.0 | 16 8.0 | 17 8.0 | 18 10.0 | 50 | $250 |
| 19 | 20 8.0 | 21 8.0 | 22 8.0 | 23 8.0 | 24 8.0 | 25 10.0 | 50 | $250 |
| 26 | 27 8.0 | 28 8.0 | 29 8.0 | 30 8.0 | 31 8.0 | | 40 | |

| | | | August | | | | Hrs Worked | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | | |
| | | | | | | 1 10.0 | 10.0 | $250 |
| 2 | 3 8.0 | 4 8.0 | 5 8.0 | 6 8.0 | 7 8.0 | 8 10.0 | 50 | $250 |
| 9 | 10 8.0 | 11 8.0 | 12 8.0 | 13 8.0 | 14 8.0 | 15 10.0 | 50 | $250 |
| 16 | 17 8.0 | 18 8.0 | 19 8.0 | 20 8.0 | 21 8.0 | 22 10.0 | 50 | $250 |
| 23 | 24 8.0 | 25 8.0 | 26 8.0 | 27 8.0 | 28 8.0 | 29 10.0 | 50 | $250 |
| 30 | 31 8.0 | | | | | | 8 | |

|  |  |  | September |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | Hrs Worked | Amount Paid |
|  |  | 1 8.0 | 2 8.0 | 3 8.0 | 4 8.0 | 5 10.0 | 42 | $250 |
| 6 | 7 8.0 | 8 8.0 | 9 8.0 | 10 8.0 | 11 8.0 | 12 10.0 | 50 | $250 |
| 13 | 14 8.0 | 15 8.0 | 16 8.0 | 17 8.0 | 18 8.0 | 19 10.0 | 50 | $250 |
| 20 | 21 8.0 | 22 8.0 | 23 8.0 | 24 8.0 | 25 8.0 | 26 10.0 | 50 | $250 |
| 27 | 28 8.0 | 29 8.0 | 30 8.0 |  |  |  | 24 |  |

|  |  |  | October |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | Hrs Worked | Amount Paid |
|  |  |  |  | 1 8.0 | 2 8.0 | 3 10.0 | 26 | $250 |
| 4 | 5 8.0 | 6 8.0 | 7 8.0 | 8 8.0 | 9 8.0 | 10 10.0 | 50 | $250 |
| 11 | 12 8.0 | 13 8.0 | 14 8.0 | 15 8.0 | 16 8.0 | 17 10.0 | 50 | $250 |
| 18 | 19 8.0 | 20 sick | 21 Sick | 22 Sick | 23 5.0 Hospital | 24 Hospital | 13 | $250 |

| 25 Hospital | 26 Hos sick | 27 sick | 28 sick | 29 sick | 30 8.0 | 31 10.0 | 18 | $250 |
|---|---|---|---|---|---|---|---|---|

| | | | November | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | Hrs Worked | Amount Paid |
| 1 | 2 8.0 | 3 8.0 | 4 8.0 | 5 8.0 | 6 8.0 | 7 10.0 | 50 | $250 |
| 8 | 9 8.0 | 10 8.0 | 11 8.0 | 12 8.0 | 13 8.0 | 14 6.0 | 46 | $180 |
| 15 | 16 | 17 | 18 | 19 | 21 | 21 | | |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 | | |
| 29 | 30 | | | | | | | |