David E. Adkins, Esq.
Nevada Bar No. 4503
611 Sierra Rose Drive, Suite B
Reno, NV 89511
(775) 391-0419; Fax (800) 868-8051
adkinslaw@gmail.com
Attorney for Defendant, NMB Properties, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBRA BRITTON, | Case No.:   3:15-cv-00564-MMD-WGC |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT** |
| v. | |
| NMB PROPERTIES LLC, | **(First Request)** |
| Defendant.       / | |

Plaintiff, DEBRA BRITTON and Defendant NMB PROPERTIES LLC, a Nevada limited-liability company ("NMB"), hereby stipulate and agree that NMB shall have through January 6, 2016, in which to answer or otherwise respond to the complaint filed herein on November 20, 2015. This is NMB's first such request.

DATED this 17th day of December, 2015.

| FOR DEFENDANT, NMB PROPERTIES LLC: | FOR PLAINTIFF, DEBRA BRITTON |
|---|---|
| /s/David E. Adkins, Esq. | /s/Day R. Williams |
| DAVID E. ADKINS, ESQ. | DAY R. WILLIAMS, ESQ. |
| Nevada Bar No. 4503 | Nevada Bar No. 4418 |
| 611 Sierra Rose Drive, Suite B | 1601 Fairview Drive #C |
| Reno, NV 89511 | Carson City, NV 89701-5860 |
| Tele: (775) 391-0419 | Tele: (775) 885-8398 |
| Fax: (800) 868-8051 | Fax: (775) 885-2134 |
| david@algnv.com | day_williams@sbcglobal.net |

IT IS SO ORDERED, this December  21  , 2015.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE