ANTHONY L. HALL, ESQ., NV Bar #5977
ahall@hollandhart.com
RICARDO N. CORDOVA, ESQ. NV Bar #11942
rncordova@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Fax No.:    (775) 786-6179

*Attorneys for Defendant/Counterclaimant*
*NMB PROPERTIES LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA BRITTON,<br><br>    Plaintiff,<br><br>vs.<br><br>NMB PROPERTIES LLC,<br><br>    Defendant. | Case No. 3:15-CV-00564-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| NMB PROPERTIES LLC,<br><br>    Counterclaimant,<br><br>vs.<br><br>DEBRA BRITTON,<br><br>    Counterdefendant. | |

Plaintiff/Counterdefendant Debra Britton ("Plaintiff/Counterdefendant" or "Britton"), through counsel, and Defendant/Counterclaimant NMB Properties, LLC ("NMB" or "Defendant/Counterclaimant"), through its counsel of record of the law firm of Holland & Hart LLP, hereby agree and stipulate that all claims and counterclaims that were or could have been asserted in

1  this matter shall be dismissed with prejudice, with each party to bear their own attorneys' fees and
2  costs.
3  DATED this 15th day of July, 2016.

*signature*

ANTHONY L. HALL, ESQ., (NV Bar No. 5977)
ahall@hollandhart.com
RICARDO N. CORDOVA, ESQ., (NV Bar No. 11942)
rncordova@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

*Attorneys for Defendant/Counterclaimant NMB Properties*

DATED this 15th day of July, 2016.

*signature* Day Williams

DAY R. WILLIAMS, ESQ., (NV Bar No. 4418)
day_williams@sbcglobal.net
Nevada Bar No. 4418
1601 Fairview Drive #C
Carson City, NV 89701-5860
Phone: (775) 885-8398
Fax: (775) 885-2134

*Attorney for Plaintiff/Counterdefendant Debra Britton*

8912103_1

**ORDER**

IT IS SO ORDERED this __18th__ day of __July__, 2016.

*signature*

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE